**ORDER**

For good cause shown, as set forth in the parties' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS OR TRANSFER, the Court hereby orders that the pending initial case management conference, hearing on Defendant's Motion to Transfer or Dismiss, and related deadlines, are continued as follows:

- Hearing on Defendant's Amended Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), to Dismiss, in Part, Pursuant to Fed. R. Civ. P. 12(b)(1):   **June 13, 2014, at 10:00 a.m.**

- Last day to meet and confer in advance of case management conference:   **June 27, 2014**

- Last day to file joint case management conference statement:   **July 3, 2014**

- Case management conference:   **July 11, 2014, at 8:30 a.m.**

DATED:  May 19, 2104                     PURSUANT TO STIPULATION, IT IS SO ORDERED.



_____
HONORABLE CHARLES R. BREYER