AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Douglas Hendrickson, et al.

                Plaintiff (s),

V.

Octagon, Inc.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-01416-CRB

Notice is hereby given that, subject to approval by the court, **Defendant and Counter-claimant, Octagon, Inc.** (Party (s) Name) substitutes **Maria C. Rodriguez, DLA Piper LLP (US)** (Name of New Attorney), State Bar No. **194201** as counsel of record in place of **Danielle L. Ochs and Timothy L. Reed, Ogletree, Deakins, Nash, Smoak & Stewart, P.C.** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | DLA Piper LLP (US) |
| Address: | 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, CA 90067-4704 |
| Telephone: | (310) 595-3000    Facsimile (310) 595-3300 |
| E-Mail (Optional): | maria.rodriguez@dlapiper.com |

I consent to the above substitution.

Date: June 30, 2015

_____ (Signature of Party (s))
Paul Haase, Octagon, Inc.

I consent to being substituted.

Date: June 30, 2015

_____ (Signature of Former Attorney (s))
Danielle L. Ochs and Timothy L. Reed

I consent to the above substitution.
Date: June 30, 2015

_____ (Signature of New Attorney)
Maria C. Rodriguez

The substitution of attorney is hereby approved and so ORDERED.

Date: July 14, 2015

_____ Judge
Honorable Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

WEST\259048645.1

American LegalNet, Inc.
www.FormsWorkflow.com