IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HENDRICKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>OCTAGON INC,<br><br>    Defendant.<br>_____<br>CLIFFORD LABOY, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>OCTAGON INC,<br><br>    Defendant.                      / | No.   C 14-01416 CRB<br>        C 14-01417 CRB<br><br>**ORDER TO SHOW CAUSE RE MEDIATION AND CONFLICT WAIVER** |

    The parties in this case are hereby ORDERED to file a statement regarding the status of the mediation referenced in the Notices (dkts. 78, 84) filed by the parties on April 1, 2016.

    Counsel for Hendrickson and LaBoy are further ORDERED to file a statement regarding whether their clients have waived any of the conflicts referenced in the pending motions to disqualify counsel.

    Counsel must file responses in each case no later than June 27, 2016.

    **IT IS SO ORDERED.**

Dated: June 21, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE