United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HENDRICKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OCTAGON INC,<br><br>　　　　Defendant.<br>_____<br>CLIFFORD LABOY, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OCTAGON INC,<br><br>　　　　Defendant.　　　　　　　　　／ | No.　C 14-01416 CRB<br>　　　C 14-01417 CRB<br><br>**ORDER VACATING JULY 8, 2016 HEARING** |

　　Octagon has moved to disqualify Plaintiffs' counsel in both the cases at issue here. See Motions (dkts. 67, 85). The Court finds these matters suitable for resolution without oral argument pursuant to Civil Local Rule 7–1(b) and VACATES the hearing currently set for July 8, 2016. A reasoned opinion will follow.

　　**IT IS SO ORDERED.**

Dated: July 7, 2016　　　　　　　　　　　　　　/crb/
　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE