IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS HENDRICKSON,

    Plaintiff,

v.

OCTAGON INC,

    Defendant.
_____

CLIFFORD LABOY, JR.,

    Plaintiff,

v.

OCTAGON INC,

    Defendant.
_____/

No.   C 14-01416 CRB
        C 14-01417 CRB

**ORDER CONSOLIDATING HEARING AND BRIEFING SCHEDULE**

    The parties have filed cross motions for summary judgment, and Octagon has requested a consolidated hearing date. See Applications (dkts. 90, 96). The Court GRANTS the request to consolidate the hearings, VACATES the summary judgment hearings set for July 22, 2016 and August 26, 2016, and RESETS both hearings for August 19, 2016 at 10:00 AM. The briefing schedule for Octagon's motion remains the same.

    **IT IS SO ORDERED.**

Dated: July 15, 2016

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE