MARIA C. RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
MICHELLE S. STROWHIRO (SBN 271969)
mstrowhiro@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3800
Los Angeles, CA 90067-3218
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendant and Counter-Claimant
OCTAGON, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HENDRICKSON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>OCTAGON, INC., a Washington, D.C. corporation,<br><br>  Defendant. | CASE NO. 14-cv-01416-CRB<br><br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER RE CONDITIONAL STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(A)(2)**<br><br>Complaint Filed: February 21, 2014<br>Trial Date: None Set<br><br>[Filed concurrently with: Conditional Stipulation of Dismissal with Prejudice] |
| OCTAGON, INC., a Washington, D.C. corporation,,<br><br>  Counter-Claimant,<br><br>v.<br><br>DOUGLAS HENDRICKSON, an individual,<br>Counter-Defendant,<br><br>  and<br><br>RELATIVITY SPORTS, LLC, A DELAWARE CORPORATION,<br><br>  Counter-Defendants. | |

# [~~PROPOSED~~] ORDER RE CONDITIONAL STIPULATION OF DISMISSAL

Having reviewed the Parties' Conditional Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41 (a)(2) (the "Stipulation"), and good cause appearing, the District Court shall retain jurisdiction over the above-entitled matter for the purpose of enforcing the settlement agreement between the Parties; and hereby GRANTS the Parties' Stipulation to dismiss the entire case with prejudice with each party to bear their own fees and costs, including attorneys' fees.

**IT IS SO ORDERED.**

Date: May 9, 2018

Hon. Charles R. Breyer
United States District Judge